This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**SHIRLEY M. CLARK,**
**Trustee of the Ronald B. Clark**
**and Shirley M. Clark Living Trust**
**Dated December 4, 1991,**

Plaintiff-Appellee,

v.                                                                                    **NO. 35,656**

**CORGEOS, LLC, a New Mexico**
**Limited Liability Company, and**
**ROBERT G. SAHD,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Alan M. Malott, District Judge**

Hunt & Davis PC
Julie J. Vargas
Albuquerque, NM

for Appellee

Leverick & Musselman, LLC
Richard M. Leverick
Albuquerque, NM

for Appellants

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

{2}     Accordingly, we affirm for the reasons stated in our calendar notice.

{3}     **IT IS SO ORDERED.**


_____
**JAMES J. WECHSLER, Judge**


**WE CONCUR:**


_____
**M. MONICA ZAMORA, Judge**


_____
**STEPHEN G. FRENCH, Judge**